UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Richard A. Fisher
                               Plaintiff,

v.                                                    Case No.: 1:17−cv−08692
                                                            Honorable Matthew F. Kennelly

UFT Commercial Finance, LLC, et al.
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, January 7, 2018:

     MINUTE entry before the Honorable Matthew F. Kennelly: The complaint in this case, which was filed in federal court based on diversity of citizenship, does not properly describe the citizenship of defendant UFT Commercial Finance, LLC. Plaintiff is directed to file within 10 days of the date of this order an amended complaint setting forth the citizenship of the members of the defendant, including the complete citizenship of any corporate or LLC members. See Mutual Assignment & Indemnification Co. v. Lind−Waldock & Co., LLC, 364 F.3d 858, 861 (7th Cir. 2004); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998). If plaintiff fails to do so, the Court will dismiss the case for lack of subject matter jurisdiction. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.