# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RICHARD A. FISHER, | |
| Plaintiff, | Case No. 17-CV-8692 |
| v. | Judge Matthew F. Kennelly |
| UFT COMMERCIAL FINANCE, LLC and JOANNE MARIE NOREN, A/K/A JOANNE MARLOWE, individually, | Magistrate Judge M. David Weisman |
| Defendants. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by and through his undersigned counsel, dismisses his claims against the Defendants, UFT Commercial Finance, LLC and Joanne Marie Noren, a/k/a/ Joanne Marlowe, and dismisses the above-captioned matter in its entirety without prejudice. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff states that no answer and no motion for summary judgment have been filed in this matter.

Dated: January 12, 2018                            Respectfully Submitted,

Alejandro Caffarelli                                      RICHARD FISHER,
Caffarelli & Associates Ltd.
224 S. Michigan Ave., Ste. 300
Chicago, IL 60604                                       By: /s/ Alejandro Caffarelli
Tel. (312) 763-6880                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a copy of the attached **Notice of Voluntary Dismissal Without Prejudice** was sent to the individual listed below by electronically filing with the Clerk of the U.S. District Court for the Northern District of Illinois on January 12, 2018:

Michael N. Ripani
Handler Thayer, LLP
191 N. Wacker Dr., Ste. 2300
Chicago, IL 60606
E-mail: mripani@handlerthayer.com

/s/Alejandro Caffarelli
Attorney for Plaintiff
